Mourad Bakhit
3001 Benedict Canyon Drive
Beverly Hills, CA 90210
310-402-3120
Petitioner and Defendant, In Pro Se

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 6 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT, CALIFORNIA, WESTERN DIVISION

LACV23-04747-SVW(MRWx)

| | |
|---|---|
| CARDENAS THREE, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NIR ISAAC TOLEDANO and Does 1 through 10, inclusive,<br><br>Defendants | NO.<br><br>Los Angeles County Superior Court, Santa Monica District<br>Case # 22SMCV01623<br><br><br>NOTICE OF REMOVAL<br>[28 USC 1441,1446(D)]<br>[CALIF. CCP 430.90] |

Defendant Mourad Bahkit alleges:

**Parties and Counsel**

1.  Defendant Mourad Bahkit  and Plaintiff Cardenas Three, a California Limited Liability Company, are those parties in a California State Court filed in the Santa Monica Courthouse, in Los Angeles County, California, concerning real property located at 3001 Benedict Canyon Drive, Beverly Hills, CA 90120 [hereafter "premises"], within this court's jurisdiction.

2.  Defendant Nir Isaac Toledano was the former owners of the premises.

NOTICE OF REMOVAL  [28 USC 1441,1446(D)][CALIF. CCP 430.90] - 1

3.  Whereas his action was filed in California State Court only against the former owners of the premises, Defendant Mourad Bahkit filed the document required by California law to intervene without leave of court, the Prejudgment Claim of Right to Possession, such that Petitioner Bahkit is a valid Defendant under California Code of Civil Procedure §415.46, entitled to remove this action.

4.  Plaintiff is represented by local counsel in the State Court action:

**Federal Question**

5.  Plaintiff has actually filed a Federal Question action in State Court, for which the State Court action is removed under 28 U.S.C. 1441 et seq. and Hunter v. Philip Morris USA, 582 F.3d 1039, 1042 (9th Cir.2009); 28 USC 1331.

6.  The federal legislation effective May 21, 2009, as amended in July, 2010,as Public Law 111-203 [reinstated after the 2014 Sunset clause was repealed as of June, 2018 under SB 2155 (2018), Sec 304], the "Protecting Tenants at Foreclosure Act of 2009," 12 USC 5220, note. [hereafter "PTFA"] preempts State law as to bona fide residential tenants of foreclosed landlords [Florida Lime & Avocado Growers, Inc. v. Paul, 373 U.S. 132, 142 43 (1963) (concept of limited preemption)]:

    a.  Whereas under California law, a foreclosure automatically terminated any junior rental agreements [Bank of America v. Hirsch Merc. Co. (1944) 64 Cal. App.2d 175, 182], Section 702(a)(2) of the PTFA makes the purchaser at the foreclosure sale subject to the rights of existing bona fide tenants. The tenancy is protected by federal law.

    b.  Whereas under California law, a foreclosure eviction may be filed after as little as 30 days' notice of termination [California Civil Code §§1161a, 1161b], the

NOTICE OF REMOVAL  [28 USC 1441,1446(D)][CALIF. CCP 430.90] - 2

PTFA requires that a full 90 days' notice be given [PTFA §701(a)(1)] in every case.

   c. It is impossible to evict a bona fide residential tenant of a foreclosed landlord in California under State law, since the cause of action is purely a Federal one in ejectment.

7. The Complaint in this action was filed in State Court as artful pleading, entitled by the State Court as Unlawful Detainer, the State Court name, but alleging the right to possession under only California law.

   a. Petitioner is a tenant with an unexpired lease, such that under Subsection 702(a)(2)(A) of the PTFA, Plaintiff cannot evict Defendant prior to the end of that lease unless and until the Plaintiff is, or has a buyer who is, going to occupy the premises as their primary residence, which Plaintiff had not alleged.

   b. Plaintiff seeks to evict all occupants, including tenants of the former owners, referred to vaguely as Does and "All other occupants" and "Any other occupants". Thus, in order to evict the bona fide residential tenant of a foreclosed landlord, Plaintiff was required to state a cause of action under the PTFA, but sought to avoid those protections by filing the action as an "unlawful detainer" under State law by artful pleading.

8. A well-pleaded complaint is shown at least where the Plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law. Armstrong v. N. Mariana Islands, 576 F.3d 950, 954-55 (9th Cir.2009); Empire Healthcare Assurance v. McVeigh 547 US 677, 689-690 (2006); Franchise Tax Bd. v. Const. Laborers Vacatoin Trust for S.

NOTICE OF REMOVAL [28 USC 1441,1446(D)][CALIF. CCP 430.90] - 3

Cal.463 US 1, 12, 27-28 (1983). Here, the Complaint must be based upon the PTFA, but it was brought in State court, and misnomered "unlawful detainer."

9.   Even where the cause of action is based on state law, the district court has subject matter jurisdiction over the case if (1) the federal issues are essential to the claims, (2) there is a substantial federal interest in resolving such issues, and (3) a federal forum may entertain the state law claims without disturbing the balance of federal and state judicial responsibilities. Grable & Sons Metal Prods v. Darue Eng.r & Mfg. 545 US 308, 313, 315 (2005).

10. Here, the PTFA is essential to the right of possession, Congress passed and reinstated the PTFA to express its substantial interest in such issues, and the "balance" of judicial responsibilities will not be disturbed. Petitioner's rights to possession require application of the PTFA, because California law does not entitle Petitioner to possession where the former owners are also still in possession, whereas the PTFA makes no such distinction.

11. Stripped of the artful pleading [Arco Envtl. Remediation LLC v. Dept of Health and Envtl Quality 213 Fed 3d 1108, 1114 (9th, 2000)], the Complaint attempts to state a cause of action in PTFA ejectment, and cannot state a cause of action in State unlawful detainer. The PTFA is that substantial question of law. The Plaintiff cannot defeat removal by omitting necessary federal questions in the Complaint.

12. To be a federal cause of action, there must also be a private right of action.  Merrill Dow Pharms. Inv v. Thompson 478 US 804, 817 (1986). It can be either express or implicit. Diaz v. Davis 549 Fed 3d 1223, 1229-1230 (9th Cir. 2008).  The Court must look to the "rights creating" language and statutory structure within which it is contained. Lamie v. United States Trustee 540 US 526, 534 (2004). The Court must assume that Congress

NOTICE OF REMOVAL  [28 USC 1441,1446(D)][CALIF. CCP 430.90] - 4

did not intend to create a right without a remedy. First Pacific Bancorp, Inc. v. Helfer, 224 F.3d 1117, 1123,1125-26 (9th Cir. 2000).

13. The four criteria of Cort v. Ash 422 US 66 (1975) are satisfied:

   a. Defendant Bahkit is part of the protected class for whom the statute, the "Protecting Tenants at Foreclosure Act" was created.

   b. The rights-creating language of the PTFA, its context, and the legislative history. Opera Plaza Residential Parcel Homeowners Assn. v. Hoang 376 Fed. 3d 831, 836 (2004, 9th Cir) are underscored by

      i. the language of the PTFA, particularly §702(a),

      ii. the lack of any other specified enforcement mechanism [First Pacific Bancorp Inc v. Helfer 224 Fed 3d 1117m 1123 (2000, 9th Cir.); Williams v. United Airlines, Inc. 500 Fed 3d, 1019, 1024 (9th, 2007)], and

      iii. the legislative history, particularly the 2018 reinstatement of the PTFA.

   c. The cause of action is consistent with the underlying purpose of the law: balancing the rights of the parties.

   d. The "traditional status" of evictions as a State cause of action is the weakest of the criteria [First Pacific Bancorp, Inc. v. Helfer, 224 F.3d 1117, 1127 (9th Cir. 2000)], particularly where here, as in Civil Rights legislation, Congress intended to occupy the field and break tradition, with a bold new law intended to protect tenants whose landlords did not use the rent money to pay the mortgage, in a distressed economy, under the Supremacy Clause.

14. The PTFA is not a defense, but the entire basis for the action to eject a bona fide residential tenant of a foreclosed landlord. Plaintiff must prove his entitlement to

NOTICE OF REMOVAL [28 USC 1441,1446(D)][CALIF. CCP 430.90] - 5

possession under the PTFA, being the only applicable law under these narrow circumstances. Even without any defense of the PTFA being raised, Plaintiff cannot state a cause of action to remove such a tenant without framing the prima facie case in the language of the PTFA. The notice purports to comply with California law, but has in fact patently violated the PTFA. Under the PTFA, Plaintiff would be unable to evict any such tenant.

15. The federal cause of action in ejectment is the basis for this action, irrespective of artful pleading, such that this action could have been brought in Federal District Court.

### Removed Action

16. A true and correct copy of the State Court Complaint of the action, and Defendant Bahkit's Prejudgment Claim of Right to Possession, sought to be removed to this Court are attached hereto and incorporated herein by reference.

17. Defendant Bahkit is the bona fide residential tenant of a foreclosed landlord, entitled to the protection of the PTFA, and entitled to remove this action to Federal Court.

18. Under California Code of Civil Procedure §430.90, the State trial court hereby loses jurisdiction under the Federal Rules of Civil Procedure and does not recover jurisdiction, if at all, until and unless this action is remanded to the State Court, after which jurisdiction will again attach as described in that statute.

DATED: June 14, 2023

_Mourad Bakhit_

Mourad Bakhit,
Defendant In Pro Per

NOTICE OF REMOVAL  [28 USC 1441,1446(D)][CALIF. CCP 430.90] - 6

## COMPLAINT

NOTICE OF REMOVAL  [28 USC 1441,1446(D)][CALIF. CCP 430.90] - 7

Electronically FILED by Superior Court of California, County of Los Angeles on 09/16/2022 01:23 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Mariscal,Deputy Clerk
22SMCV01623

Assigned for all purposes to: Santa Monica Courthouse, Judicial Officer: H. Ford III

Darren P. Trone, Bar No. 140303
LAW OFFICES OF DARREN P. TRONE
A Professional Corporation
3838 Orange Street
Riverside, California 92501
Telephone: (951) 686-2975
Fax: (951) 686-2977
Email: dtrone@tronelaw.com

Attorneys for Plaintiff, CARDENAS THREE, a
California limited liability company

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| CARDENAS THREE, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> NIR ISAAC TOLEDANO and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. <br><br> **VERIFIED COMPLAINT FOR UNLAWFUL DETAINER AFTER FORECLOSURE** <br><br> Unlimited Civil: (Amount demanded is in excess of $25,000) |

Plaintiff alleges:

1. Plaintiff is now and at all times relevant was a limited liability company duly qualified to do business in the state of California.

2. This court is the proper court for this action because the real property which is the subject of this action, 3001 Benedict Canyon Rd., Beverly Hills, CA 90210 (hereinafter, the "Property"), is located in the area served by this Court; and the amount of damages claimed in this action exceeds $25,000.00.

3. Plaintiff is informed and believes and thereon alleges that the Defendant NIR ISAAC TOLEDANO is a competent adult individual residing at the Property in the City of Beverly Hills, County of Los Angeles, California.

– 1 –

COMPLAINT

4.      Plaintiff is informed and believes and thereon alleges that any individual Defendants, at all times herein mentioned, were residents of the County of Los Angeles, State of California and reside within the jurisdictional boundaries of this Court.

5.      The true names and capacities of Does 1 through 10, inclusive, are presently unknown to Plaintiff, who therefore sues such Defendants under such fictitious names pursuant to Section 474 of the Code of Civil Procedure. Plaintiff is informed and believes, and on such information and belief, alleges that each such "Doe" Defendant is in possession of the Property, without the permission or consent of Plaintiff, and Plaintiff will seek leave to amend this complaint to state the true names and capacities of said Defendants when the same have been ascertained.

6.      Plaintiff is informed and believes, and thereon alleges that the Defendants and each of them, are, and at all times mentioned herein were, the agent, servant and employee of each of the other Defendants, and in doing the things herein alleged, were acting within the course and scope of said agency and employment.

7.      Plaintiff is informed and believes and thereon alleges that the Property is used as TOLEDANO's personal residence and that Defendants are not tenants under a bona fide lease for the Property.

8.      Possession of the Property is sought pursuant to Code of Civil Procedure §1161a(b)(3). Plaintiff obtained title to the Property and right to possession thereof by its purchase at a foreclosure sale validly held in compliance with the terms of the trust deed and with Section 2924 of the Civil Code, the particulars of which are as follows:

   A.      Defendant NIR ISAAC TOLEDANO, as an unmarried man, executed a Deed of Trust as Trustor, with power of sale, which recorded on May 2, 2018 as document number 20180427922 in the official records of Los Angeles County, thereby encumbering the Property.

—2—
COMPLAINT

B.  Pursuant to the foreclosure and sale of the Property, under the power of sale contained in the Deed of Trust and in compliance with Civil Code §2924, the Trustee of said Deed of Trust sold and conveyed title to the Property to Plaintiff Cardenas Three LLC, pursuant to a Trustee's Deed Upon Sale recorded on or about August 24, 2022, in the Official Records of Los Angeles County as document number 20220843914.

C.  Title to the Property is and has been perfected in Plaintiff as of August 24, 2022. A true and correct copy of the Trustee's Deed Upon Sale is attached to this complaint as **Exhibit "1"** and incorporated herein by this reference.

9.  On or about September 2, 2022, in the manner required by law, Defendants, and each of them, were served with a written notice to terminate, vacate and deliver up possession of the Property to Plaintiff (hereafter, the "Notice"). True and correct copies of the Notice and Proofs of Service thereof are collectively attached to this complaint as **Exhibit "2"** and incorporated herein by this reference.

10.  The notice expired at midnight on September 12, 2022, and since that time, Plaintiff has been entitled to immediate possession of the premises.

11.  Defendants, and each of them, remain in possession of the Property without Plaintiff's permission or consent and have failed and refused to deliver up possession of the Property to Plaintiff.

12.  On information and belief, Defendants are not tenants under a bona fide lease for the Property with a remaining term that expires more than ninety days after service of the Notice.

13.  Plaintiff is informed and believes and thereon alleges that the reasonable rental value of the use and occupancy of the Property is at least $933.00 per day, and damages to Plaintiff caused by Defendants' unlawful detention thereof has accrued at said rate since September 13, 2022 and will

– 3 –

COMPLAINT

continue to accrue at said rate so long as Defendants remain in possession of the Property.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1.  For restitution of the Property;

2.  For damages in the amount of at least $933.00 per day from September 13, 2022 for each day that Defendants continue in possession of the Property through the date of entry of judgment;

3.  For costs of suit incurred herein; and

4.  For such other and further relief as the Court deems just and proper.

Dated: September 14, 2022

LAW OFFICES OF DARREN P. TRONE
A Professional Corporation

By:_____
Darren P. Trone, Attorneys for Plaintiff,
CARDENAS THREE, a California limited
liability company

— 4 —

COMPLAINT

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the foregoing COMPLAINT FOR UNLAWFUL DETAINER AFTER FORECLOSURE

_____ and know its contents.

[ x ]   CHECK APPLICABLE PARAGRAPH

[ ] I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ] I am [ ] an Officer [ ] a partner _____ [ ] a _____ of _____

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.
[ ] I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [ ] The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[✓] I am one of the attorneys for CARDENAS THREE, a California limited liability company

a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on September 16 _____, 20 2022 , at Riverside _____, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Darren P. Trone
_____          _____
Type or Print Name                                                   Signature

## ACKNOWLEDGMENT OF RECEIPT OF DOCUMENT
### (other than summons and complaint)

Received copy of document described as _____

on _____, 20 _____.

_____          _____
Type or Print Name                                                   Signature

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY

I am employed in the county of _____, State of California.

I am over the age of 18 and not a party to the within action; my business address is: _____

On _____, 20 _____, I served the foregoing document described as _____

_____

_____

on _____

in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

[ ] (BY MAIL) I caused such envelope postage thereon fully prepaid to be placed in the United States mail at _____
_____, California.

Executed on _____, 20 _____, at _____, California.

[ ] (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

Executed on _____, 20 _____, at _____, California.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____          _____
Type or Print Name                                                   Signature

13-18599-356

2000 (C) American LegalNet, Inc.

SB-18599

# EXHIBIT "1"

**This page is part of your document - DO NOT DISCARD**



## 20220843914



**Pages: 0003**

Recorded/Filed In Official Records
Recorder's Office, Los Angeles County,
California

**08/24/22 AT 08:00AM**

| | | |
|---|---|---|
| FEES: | | 25.00 |
| TAXES: | | 0.00 |
| OTHER: | | 0.00 |
| SB2: | | 75.00 |
| PAID: | | 100.00 |



**L E A D S H E E T**



202208241000004

00022687461



013622893

**SEQ:
01**

SECURE - 8:00AM



**THIS FORM IS NOT TO BE DUPLICATED**

E331843

2049119CAD_Package_3

FOR REFERENCE ONLY: 20220843914

WFG National-Default Services

RECORDING REQUESTED BY:
**California TD Specialists**
Attn: Janina Hoak

AND WHEN RECORDED TO:
AND MAIL TAX STATEMENT TO:
**CARDENAS THREE, LLC**
**12223 HIGHLAND AVE, SUITE 106-553**
**RANCHO CUCAMONGA CA 91739**
Forward Tax Statements to
the address given above

_____

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: 85735
Loan #: 399186792

Order #: 2049119cad

## TRUSTEE'S DEED UPON SALE

A.P.N.: 4382-022-001                              Transfer Tax: $0.00
THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3
The Grantee Herein was the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was $4,280,229.15
The Amount Paid by the Grantee was $3,400,000.00
Said Property is in the City of LOS ANGELES, County of Los Angeles

**CALIFORNIA TD SPECIALISTS**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

## CARDENAS THREE, A CALIFORNIA LIMITED LIABILITY COMPANY

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Los Angeles, State of California, described as follows:

**Lot 1 of Tract No. 11446, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 210, Pages 19 to 22 inclusive of Maps, in the Office of the County Recorder of said County.**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by NIR ISAAC TOLEDANO, AN UNMARRIED MAN as Trustor, dated 4/27/2018 of the Official Records in the office of the Recorder of Los Angeles, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on 5/2/2018, instrument number 20180427922, Book N/A, Page N/A of official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

Forward Tax Statements to the address given above





**TRUSTEE'S DEED UPON SALE**

ACCOMODATION
This Document delivered to Recorder
As an accomodation only at the
Express request of the parties hereto.
It has not been examined as to
its effect or validity

TS #: 85735
Loan #: 399186792
Order #: 2049119cad

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 7/6/2022. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $3,400,000.00, in lawful money of the United States. in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **CALIFORNIA TD SPECIALISTS, AS TRUSTEE**, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: 7/6/2022

**CALIFORNIA TD SPECIALISTS, AS TRUSTEE**

By: _____

**TERI SNYDER, EXECUTIVE VICE PRESIDENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF California
COUNTY OF Orange

On 7/6/2022 before me, P. MATAMOROS Notary Public Personally appeared, TERI SNYDER, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

P. MATAMOROS
Notary Public - California
Orange County
Commission # 2362635
My Comm. Expires Jun 25, 2025

(Seal)

# EXHIBIT "2"

## THREE/NINETY DAY NOTICE TO QUIT

### [Foreclosure Holdover - C.C.P. 1161a(b)(3)]

TO: Nir Isaac Toledano and DOES 1 to 5 inclusive, all occupants and any other persons in possession of the premises known as:

### 3001 Benedict Canyon Dr., Beverly Hills, CA 90210

PLEASE TAKE NOTICE THAT WITHIN THREE (3) DAYS after the service on you of this notice, in the event you are the original owner or a successor owner of the property, you are required to quit and deliver up possession of the premises to the undersigned, who is authorized to receive the same, or the undersigned will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law, including treble damages.

IF YOU ARE A TENANT, YOU AND ALL PERSONS IN POSSESSION ARE HEREBY NOTIFIED that the tenancy under which you occupy the premises shall end ninety (90) days after the date of service of copy of this notice upon you and you are required to quit and deliver up possession of the premises to the undersigned on or before that date. IF YOU FAIL TO DO SO, legal proceedings will be instituted against you for possession of the premises, for forfeiture of the rental agreement and for such monetary damages as may be allowed by law.

You are hereby required to quit, vacate, surrender and deliver up possession of the above described premises for the reason that they were duly sold to CARDENAS 3, LLC, a California limited liability company, on or about July 6, 2022 in accordance with Section 2924 of the Civil Code of the State of California under the power of sale contained in the Deed of Trust encumbering the property. Title pursuant to the sale has been duly perfected as of August 24, 2022.

This NOTICE TO QUIT is served upon you because the new owner seeks in good faith to recover possession in order to permanently remove the building from residential rental use. The date, place, witnesses, and circumstances concerning the above are as follows: New owner seeks to regain possession of the property, perform renovations and remodeling and thereafter sell the property.

THIS NOTICE is given pursuant to Section 1161a(b)(3) of the California Code of Civil Procedure. Dated this 1st day of September 2022.

By: _____
Darren P. Trone, Esq.
Attorney for Cardenas Three, LLC
a California limited liability company
Law Offices of Darren P. Trone, PC
3838 Orange St.
Riverside, CA 92501
(951) 686-2975 / Fax (951) 686-2977

1

## NOTICE TO ANY RENTERS LIVING AT:

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you. You should call a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, If you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

### How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web *site* (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

### AVISO A CUALQUIER INQUILINO VIVIENDO EN: 3001 Benedict Canyon Dr., Beverly Hills, CA 90210

Este aviso significa que su case fue vendida recientemente en la ejecucion hipotecaria y el nuevo propietario tiene planes para desalojario. Usted debe de hablar con un abogado AHORA para ver cuales son sus derechos. Puede recibir documentos de la corte en unos pocos dias. Si su nombre esta en los documentos, esto podra hacerle daño a su credito si usted no responde y simplemente desaloja.

Ademas, si usted no responde dentro de los cinco dias de haber recibido los documentos, incluso si no fue nombrado en los documentos, es probable que pierda los derechos que pueda tener. En algunos casos, puede responder sin perjudicar su credito. Usted debe de consultor con un abogado al respecto.

Usted puede tener el derecho de permanecer en so casa durante 90 dias o mas Independientemente de las fechas que seen Idendificadas en los documentos. En algunos casos y en algunas ciudades con una causa just de la ley desalojo, es probable que no tenga que moverse en absoluto. Pero usted debe de tomar las medidas adecuadas para proteger sus derechos legales.

### Como Obtener Ayuda Legal

Si no puede pagarle a un abogado, usted puede set elegible pars servicios legates gratuitos de un programa de servicios legates no lucrativo. Puede encontrar estos grupos no lucrativos en el sitio de Servicios Legales de California (www.lawhelpcalifornia.org), por la linea Centro de Ayuda de las Cortes de California en (www.courtinfo.ca.gov/selfhelp), o por contacto con la corte local o con la asociacion de barra del condado.

L/O OF DARREN P. TRONE !!
3838 ORANGE STREET
RIVERSIDE, (951) 686-2975

Ref. No.: N/A

## Proof of Service of Notice

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
   THREE/NINETY DAY NOTICE TO QUIT; NOTICE TO ANY RENTERS LIVING AT THE PROPERTY

2. a. Name of Tenant/Occupant: NIR ISAAC TOLEDANO; ALL UNNAMED OCCUPANTS

   c. (Home) Address:  3001 BENEDICT CANYON DR
                       BEVERLY HILLS, CA 90210

3. Manner of Service:
   Posting and Mailing.  By posting a copy of said Notice for each tenant/occupant in a conspicuous place on the property described in said Notice, there being no person of suitable age or discretion to be found at any known place of residence or business of said tenant(s)/occupant(s); by depositing said copies in the United States mail, in a sealed envelope, with postage prepaid, addressed to the tenant(s)/occupant(s) at the place where the property is situated.  (C.C.P. 1162 (3))

           Date of Posting: 09/02/22
           Time of Posting:  6:00 pm
           Date of Mailing: 09/02/22
           Place of Mailing: LOS ANGELES

Prior to the posting of said notice and in compliance with the provisions of C.C.P. 1162, I first attempted service at the following address(es):

           Home: 3001 BENEDICT CANYON DR
                 BEVERLY HILLS, CA 90210

and the tenant/occupant was absent therefrom, and no person of suitable age and discretion was found therein.

5. Person Serving:                     a.  Fee for service:   $94.95
   I. ANIS                                 (recoverable per C.C.P. 1033.5(a)(4)(B))
                                        d.  Registered California process servers.
   5632 Van Nuys Blvd., # 240              (1) Independant contractor, registered
   Van Nuys CA 91401                       (2) Registration No.: 6940
   (213) 928-7247                          (3) County: LOS ANGELES

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  09/05/22                    Signature:
                                               I. ANIS
                   Proof of Service

AX0211-22938244

# PREJUDGMENT CLAIM

NOTICE OF REMOVAL  [28 USC 1441,1446(D)][CALIF. CCP 430.90] - 8

CP10.5

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address)   TELEPHONE NO   310-402-3120 | FOR COURT USE ONLY |
|---|---|
| Mourad Bakhit<br>3001 Benedict Canyon Drive<br>Beverly Hills, CA 90210<br><br>ATTORNEY FOR (Name)   in pro per | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>MAY 01 2023<br><br>David W. Slayton, Executive Officer/Clerk of Court |

NAME OF COURT: Los Angeles County Superior Court
STREET ADDRESS    1725 Main Street
MAILING ADDRESS    1725 Main Street
CITY AND ZIP CODE    Santa Monica 90401
BRANCH NAME    Santa Monica Courthouse

Plaintiff:   Cardenas Three, LLC

Defendant:   Nir Toledano

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER<br>22SMCV01623 |
|---|---|
| Complete this form only if ALL of these statements are true:<br>**1. You are NOT named in the accompanying Summons and Complaint.**<br>**2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)**<br>**3. You still occupy the subject premises.** | (To be completed by the process server)<br>DATE OF SERVICE<br>(Date that form is served or delivered, posted, and mailed by the officer or process server) |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (specify): Mourad Bakhit
2. I reside at (street address, unit no., city and ZIP code):
   3001 Benedict Canyon Drive
   Beverly Hills, CA 90210
3. The address of "the premises" subject to this claim is (address):

   3001 Benedict Canyon Drive Beverly Hills, CA 90210

4. On (insert date):  09/16/2022                , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is in the accompanying Summons and Complaint.)
5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.
6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).
8. I was not named in the Summons and Complaint.
9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.
10. (Filing fee) I understand that I must go to the court and pay a filing fee of   $                or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| CP10.5 [Rev. June 15, 2015] | **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | Code of Civil Procedure §§ 415.46, 715.010, 715.020, 1174.25 |
|---|---|---|

CP10.5

| Plaintiff: | Cardenas Three, LLC | CASE NUMBER |
|---|---|---|
| Defendant: | Nir Toledano | 22SMCV01623 |

11. If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice

12. I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

> **NOTICE: If you fail to file this claim, you may be evicted without further hearing.**

13. **Rental agreement.** I have *(check all that apply to you)*.

    a. ☐ an oral or written rental agreement with the landlord.

    b. ☐ an oral or written rental agreement with a person other than the landlord

    c. ☒ an oral or written rental agreement with the former owner who lost the property to foreclosure.

    d. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date: Aprill 29, 2023

Mourad Bakhit

_(TYPE OR PRINT NAME)_          *mourad Bakhit* _(SIGNATURE OF CLAIMANT)_

> **NOTICE:** If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**

1. **You are NOT named in the accompanying Summons and Complaint.**
2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.**
3. **You still occupy the premises.**

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*

CP10.5 [Rev. June 15. 2015]        **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**        Page two

TITLE VII--PROTECTING TENANTS AT FORECLOSURE ACT

SEC. 701. SHORT TITLE.

This title may be cited as the 'Protecting Tenants at Foreclosure Act of 2009'.

SEC. 702. EFFECT OF FORECLOSURE ON PREEXISTING TENANCY.

(a) In General-In the case of any foreclosure on a federally-related mortgage loan or on any dwelling or residential real property after the date of enactment of this title, any immediate successor in interest in such property pursuant to the foreclosure shall assume such interest subject to-

1) the provision, by such successor in interest of a notice to vacate to any bona fide tenant at least 90 days before the effective date of such notice; and

(2) the rights of any bona fide tenant, as of the date of such notice of foreclosure

(A) under any bona fide lease entered into before the notice of foreclosure to occupy the premises until the end of the remaining term of the lease, except that a successor in interest may terminate a lease effective on the date of sale of the unit to a purchaser who will occupy the unit as a primary residence, subject to the receipt by the tenant of the 90 day notice under paragraph (1); or

(B) without a lease or with a lease terminable at will under State law, subject to the receipt by the tenant of the 90 day notice under subsection (1), except that nothing under this section shall affect the requirements for termination of any Federal or State-subsidized tenancy or of any State or local law that provides longer time periods or other
additional protections for tenants.

(b) Bona Fide Lease or Tenancy-For purposes of this section, a lease or tenancy shall be considered bona fide only if-

(1) the mortgagor or the child, spouse, or parent of the mortgagor under the contract is not the tenant;

(2) the lease or tenancy was the result of an arms-length transaction; and

(3) the lease or tenancy requires the receipt of rent that is not substantially less than fair market rent for the property or the unit's rent is reduced or subsidized due to a Federal, State, or local subsidy.

(c) Definition-For purposes of this section, the term "federally-related mortgage loan" has the same meaning as in section 3 of the Real Estate Settlement Procedures Act of 1974 (12 U.S.C. 2602). For purposes of this section, the date of a notice of foreclosure shall be deemed to be the date on which complete title to a property is transferred to a successor entity or person as a result of an order of a court or pursuant to provisions in a mortgage, deed of trust, or security deed.


SEC. 703. EFFECT OF FORECLOSURE ON SECTION 8 TENANCIES.

Section 8(o)(7) of the United States Housing Act of 1937 (42 U.S.C. 1437f(o)(7)) is amended-

(1) by inserting before the semicolon in subparagraph (C) the following: "and in the case of an owner who is an immediate successor in interest pursuant to foreclosure during the term of the lease vacating the property prior to sale shall not constitute other good cause, except that the owner may terminate the tenancy effective on the date of transfer of the unit to the owner if the owner-

"(i) will occupy the unit as a primary residence; and

"(ii) has provided the tenant a notice to vacate at least 90 days before the effective date of such notice."; and

(2) by inserting at the end of subparagraph (F) the following: "In the case of any foreclosure on any federally-related mortgage loan (as that term is defined in section 3 of the Real Estate Settlement Procedures Act of 1974 (12 U.S.C. 2602)) or on any residential real property in which a recipient of assistance under this subsection resides, the immediate successor in interest in such property pursuant to the foreclosure shall assume such interest subject to the lease between the prior owner and the tenant and to the housing assistance payments contract between the prior owner and the public housing agency for the occupied unit, except that this provision and the provisions related to foreclosure in subparagraph (C) shall not shall not affect any State or local law that provides longer time periods or other additional protections for tenants,".

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am employed in the County of Alameda, California at 125 12th Street, Suite 100-BALI, Oakland, CA 9460. I am over the age of 18 and not a party to the within action.

On June 14, 2023, I served the Notice of Removal on the opposing party(s) in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Francisco, California, addressed to:

Darren P. Trone
Law Offices of Darren P. Trone, APC
3838 Orange Street
Riverside, CA 92501

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 14, 2023 at San Francisco, California.

*Kavin Williams*

Kavin Williams

NOTICE OF REMOVAL  [28 USC 1441,1446(D)][CALIF. CCP 430.90] - 9