# United States District Court
## Central District of California
### Office of the Clerk

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

June 30, 2023

Santa Monica Courthouse
1725 Main Street
Santa Monica 90401

Re:  Case Number: 2:23-cv-04747-SVW-MRW

Previously Superior Court Case No.: 22SMCV01623

Case Name: Cardenas Three v. Nir Isaac Toledano et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____June 26, 2023_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below.  Thank you for your cooperation.

[✓] United States Courthouse
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

[ ] United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

[ ] United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

Respectfully,

Clerk, U. S. District Court

By: rebeca_olmos@cacd.uscourts.gov
Deputy Clerk

*Encls.*

*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____

_____     Deputy Clerk
Date

G-17 (01/23)          **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT**